UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIA EUGENIA MUGARRA,

    Plaintiff,

vs.                                      CASE NO. 8:11-CV-1349-T-27MAP

GENERAL ATTORNEY OFFICE, and
MICHAEL THOMAS NADHERNY,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 5), which recommends that the *pro se* Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) be denied. Plaintiff has filed objections (Dkt. 6). After careful consideration of the Report and Recommendation and Plaintiff's objections, in conjunction with an independent examination of the file, it is ORDERED that:

    1)    Plaintiff's objections (Dkt. 6) are overruled.

    2)    The Report and Recommendation (Dkt. 5) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review.

    3)    Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) is DENIED, and her complaint (Dkt. 1) is DISMISSED.

    4)    The clerk is directed to CLOSE this case.

**DONE AND ORDERED** this 17th day of August, 2011.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to: Unrepresented parties